

NUMBER 13-14-00296-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**NATALIE G. TISE AND SCOTT M. WITTE,**
**BOTH INDIVIDUALLY AND AS INDEPENDENT**
**EXECUTORS OF THE ESTATE OF**
**JAMES R. WITTE, DECEASED,** **Appellants,**

**v.**

**THELMA LOUISE WITTE AND JAMES R. WITTE,** **Appellees.**

---

### On appeal from the 24th District Court
### of DeWitt County, Texas.

---

# MEMORANDUM OPINION

### Before Justices Rodriguez, Benavides, and Perkes
### Memorandum Opinion Per Curiam

This appeal was abated by this Court on July 9, 2014, and the parties were ordered

to mediation. This cause is now before the Court on a joint motion to dismiss the appeal

on grounds that the parties have agreed to settle and compromise their differences in the

underlying suit. The parties request that this Court dismiss the appeal. Accordingly, this case is hereby REINSTATED.

The Court, having considered the documents on file and the joint motion to dismiss, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The joint motion to dismiss is granted, and the appeal is hereby DISMISSED. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
18th day of December, 2014.

2